UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-229-MOC-WCM

| | |
|---|---|
| NICOLE BIGGERSTAFF, *Individually and as Administratix of the Estate of Zachary Lambright*, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ANGELIA RENE SPENCER, et al., )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Voluntary Dismissal of this action, filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. Nos. 27, 31 (Motion to Amend/Correct Motion for Voluntary Dismissal)).

The Court **GRANTS** the motion. (Doc. Nos. 27, 31). This action is dismissed without prejudice.

Furthermore, the following pending motions shall be <u>terminated</u> as **MOOT**: Defendants' Motion for Summary Judgment (Doc. No. 20), and Plaintiff's Motion to Amend Scheduling Order, (Doc. No. 29).

**IT IS SO ORDERED.**

Signed: November 18, 2022

Max O. Cogburn Jr.
United States District Judge